UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | CAUSE NO. 3:08-CR-94(01) RM |
| ) | |
| MICHAEL A. LYKOWSKI ) | |

ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on December 29, 2008 [Doc. No. 19]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Michael Lykowski's plea of guilty, and FINDS the defendant guilty of Counts 1 and 3 of the Indictment, in violation of 21 U.S.C. § 841(a)(1) and (b) and 18 U.S.C. §§922(g)(1) and 924(a)(2).

SO ORDERED.

ENTERED: January 14, 2009

/s/ Robert L. Miller, Jr.
Chief Judge
United States District Court